

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2016

No. 04-16-00430-CV

**IN RE REGENCY FIELD SERVICES, LLC**, Regency Energy Partners LP, Regency GP LP, and Regency GP LLC

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                 Rebeca C. Martinez, Justice
                 Luz Elena D. Chapa, Justice

On July 1, 2016, Relators filed a petition for writ of mandamus. The court has considered Relators' petition and is of the opinion that Relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 8, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. M-14-0029-CV-C, styled *Leo O. Quintanilla, Hector Quintanilla, Paloma Cattle Company, Ltd., LHQ Management, LLC, and Escondido Hunting, Inc., Plaintiffs, John B. Dickinson, R.Ross Dickinson, Doris A. Dickinson, Jeffrey L. Dickinson, and Jill E. Rader, Intervenors, Swift Energy Operating, LLC, Intervenor v. Regency Field Services, LLC, Regency Energy Partners, LP, Regency GP LP, and Regency GP LLC*, pending in the 343rd Judicial District Court, McMullen County, Texas, the Honorable Janna K. Whatley presiding.